**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 13-2434**

─────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

$2,280.00 IN UNITED STATES CURRENCY,

        Defendant,

    and

JOHN HARVEY GODDARD, SR.,

        Claimant - Appellant.

─────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.   John Preston Bailey, Chief District Judge.  (5:13-cv-00017-JPB)

─────────

Submitted:  April 17, 2014        Decided:  April 21, 2014

─────────

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

John Harvey Goddard, Sr., Appellant Pro Se.  John Castle Parr, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Harvey Goddard, Sr., appeals the district court's order denying his motion for reconsideration of a forfeiture judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. $2,280.00 in U.S. Currency, No. 5:13-cv-00017-JPB (N.D.W. Va. Nov. 5, 2013). We grant Goddard's motion to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2